**Appeal Reinstated, Motion Granted, Appeal Dismissed, and Memorandum Opinion filed March 3, 2020**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00809-CV

### GREENSPOINT B, LLC, Appellant

### V.

### INNOVEX DOWNHOLE SOLUTIONS, INC., ROCKWELL AUTOMATION, INC., vMONITOR, LLC N/K/A CONTROL & APPLICATIONS, LLC HOUSTON, HASSAN K. SUHEIL, GISELLE A. SUHEIL, AND MERLA, LLC, Appellees

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-33281**

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 13, 2019. We abated the appeal and referred the parties to mediation. On February 20, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. We reinstate the appeal, grant the motion, and dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.